UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEHEMIAH ROBINSON, | ) | NO. EDCV 09-2315-VAP(CT) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING |
| | ) | MAGISTRATE JUDGE'S |
| v. | ) | REPORT AND RECOMMENDATION FOR |
| | ) | WRIT OF HABEAS CORPUS BY A |
| DERRAL G. ADAMS, Warden, | ) | PERSON IN STATE CUSTODY |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, the magistrate judge's report and recommendation, and petitioner's objections to the report and recommendation. This court concurs with the magistrate judge's report and recommendation.

Accordingly, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 4, 2010_

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE